IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE CASES TO BE TRANSFERRED     )
TO THE CALENDAR OF THE            )   ORDER TRANSFERRING CASES
HONORABLE D. P. MARSHALL JR.      )

The following civil cases are transferred from the docket of the Honorable Susan Webber Wright to the docket of the Honorable D. P. Marshall Jr. Accordingly, the case numbers have been modified to reflect the initials of Judge Marshall. The new case number should appear on all future filings to ensure that all documents are properly forwarded to Judge Marshall. The Magistrate Judge assigned to the case will remain the same. Unless the parties are notified by separate order, all scheduling orders for each of the following cases shall remain in place.

| Case Number | Case Name |
|---|---|
| 1:09-cv-00041 DPM | James Hardy, Jr. et al v. George Bartmess |
| 1:10-cv-00014 DPM | Eddie B. Smith v. Social Security Administration |
| 2:09-cv-00165 DPM | Frank W. Askew, Jr. et al v. Larry B. Norris, et al. |
| 2:10-cv-00009 DPM | Michael D. Marlin v. Richie Marquez, et al. |
| 2:10-cv-00027 DPM | Moneymaker Contracting Inc. v. Randy Kinder Excavating Inc. |
| 3:08-cv-00178 DPM | Cornerstone Wrecker Sales Inc. v. Bower Services Inc., et al |
| 3:09-cv-00095 DPM | J. O. House, et al v. Conseco Life Insurance Company |
| 3:09-cv-00165 DPM | Ronnie Glenn Turman v. Standard Insurance Company |
| 3:09-cv-00206 DPM | Johnny Triplette, et al v. Ramon Rine Inc. |
| 3:10-cv-00008 DPM | Heath Banks v. USA |
| 3:10-cv-00057 DPM | Nidal Amro, et al v. Lone Star Company Inc. |
| 3:10-cv-00074 DPM | Harold Turner v. Martin Wireless LLC, et al. |
| 3:10-cv-00093 DPM | Sterling Ray v. Larry Norris, et al. |
| 4:06-cv-00606 DPM | Donna Humphries v. Pulaski County Special School District |
| 4:08-cv-00494 DPM | Sealed v. Sealed |
| 4:09-cv-00061 DPM | Rhonda Calaway v. Practice Management Services Inc., et al. |
| 4:09-cv-00111 DPM | Marcovous L. Williams v. Arkansas Department of Correction, et al. |

| | |
|---|---|
| 4:09-cv-00247 DPM | Grace Manufacturing Inc. v. Walgreen Company, et al. |
| 4:09-cv-00306 DPM | American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et al |
| 4:09-cv-00319 DPM | Aubrey Holmes v. LVNV Funding LLC, et al. |
| 4:09-cv-00459 DPM | Joshua Alan Williams v. MD Cowan Inc., et al |
| 4:09-cv-00673 DPM | Cicely N. White-Phillips v. International Computer Systems Inc. |
| 4:09-cv-00739 DPM | Markiba Johnson, et al v. Frac Tech Services Ltd. |
| 4:09-cv-00764 DPM | Karen Williams v. Pathfinder Inc., et al. |
| 4:09-cv-00836 DPM | Jason M. Williams v. Karl Byrd, et al. |
| 4:09-cv-00872 DPM | Tatyana Podelnyuk v. Jerry E. Collins |
| 4:09-cv-00908 DPM | Andy Austin v. Ed Sandridge, et al. |
| 4:09-cv-00925 DPM | Arkansas Society of Freethinkers v. Charlie Daniels |
| 4:09-cv-00950 DPM | Candilyn J. Cunningham v. Loma Systems, et al. |
| 4:10-cv-00092 DPM | Janice L. Howell v. USAble Life |
| 4:10-cv-00119 DPM | Christopher Jensen v. Hot Topic Inc. |
| 4:10-cv-00147 DPM | Fredrick Daniel Rodriguez v. Bruce Pennington, et al. |
| 4:10-cv-00175 DPM | Jeremiah J. Garrett v. Social Security Administration |
| 4:10-cv-00181 DPM | Steel Pipe and Supply Company v. First Security Bank |
| 4:10-cv-00191 DPM | Michael Dewayne Robertson v. Bruce Pennington, et al. |
| 4:10-cv-00225 DPM | Christopher Jensen v. Sakura Restaurant LLC, et al. |
| 4:10-cv-00278 DPM | Terry Jackson v. Dolgencorp Inc., et al. |
| 5:08-cv-00150 DPM | Patricia Zarychta v. Joseph Ivy, et al. |
| 5:08-cv-00289 DPM | Napoleon Pollard v. Joseph K. Buchman, et al. |

IT IS SO ORDERED.

Dated this 11th day of May, 2010.

AT THE DIRECTION OF THE COURT

JAMES W. McCORMACK, CLERK

cc: Honorable Susan Webber Wright
Honorable D. P. Marshall Jr.
Counsel of Record