IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCOVOUS L. WILLIAMS**                                    **PLAINTIFF**

v.                          Case No. 4:09-cv-111-DPM

**ARKANSAS DEPARTMENT OF
CORRECTION; LARRY NORRIS, in
his official capacity as Director of Arkansas
Department of Correction; ROBERT A. PARKER,
mental health administrator; KAY HOWELL,
Warden, Wrightsville Unit; ROGER CAMERON;
KERRY BAKKEN, clinical supervisor; & SHARON
McGLOTHIN, unit supervisor**                                **DEFENDANTS**

### ORDER

Williams moves to compel the production of various video tapes, audio tapes, and log sheets from the Wrightsville Unit of the Arkansas Department of Correction. Two weeks ago, the Court directed Williams to file a reply showing that the requested materials were subject to discovery and relevant to her retaliatory-discharge claim. *Document No. 52.* The Court gave Williams until 18 January 2011 to file her reply. She has not done so. Her motion to compel is therefore denied without prejudice.

Williams also moves for more time to respond to the Defendants' pending summary-judgment motion. Williams's response is overdue, making her request untimely. But in light of the then-pending motion to compel, the Court finds both good cause and excusable neglect and therefore grants Williams's motion. FED. R. CIV. P. 6(b). She must file her response to the Defendants' summary-judgment motion, *Document No. 47*, no later than 5 February 2011. This deadline will not be extended again absent extraordinary circumstances.

Williams's motion to compel, *Document No. 50*, is denied without prejudice. Her motion for more time, *Document No. 54*, is granted.

So Ordered.

*D.P. Marshall Jr.*
Untied States District Judge

20 January 2011