IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCOVOUS L. WILLIAMS**                                             PLAINTIFF

v.                              No. 4:09-cv-111-DPM

**ARKANSAS DEPARTMENT OF
CORRECTION; LARRY NORRIS,**
in his official capacity as Director of
Arkansas Department of Correction;
**ROBERT A. PARKER,** mental health
administrator; **KAY HOWELL,** Warden,
Wrightsville Unit; **ROGER CAMERON;
KERRY BAKKEN,** clinical supervisor; and
**SHARON MCGLOTHIN,** unit supervisor                              DEFENDANTS

ORDER

The Court of Appeals affirmed in part and reversed in part, remanding Williams's hostile-work-environment claim for further consideration. *Document Nos. 71 & 72.* This Court then entered an Amended Final Scheduling Order, *Document No. 74.* On further review of the docket, the Court is concerned that the current schedule unduly delays resolution of this case. The Court will therefore hold a status conference with Williams and counsel on Tuesday, 26 June 2012 at 1:00 p.m. in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse in Little Rock. The Court

would like to know what discovery (if any) remains to be done on the remaining claim, whether Defendants intend to file dispositive motions, and the expected length of the bench trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2012