IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARCOVOUS L. WILLIAMS                                              PLAINTIFF

v.                                 No. 4:09-cv-111-DPM

ARKANSAS DEPARTMENT OF
CORRECTION; LARRY NORRIS,
in his official capacity as Director of
Arkansas Department of Correction;
ROBERT A. PARKER, mental health
administrator; KAY HOWELL, Warden,
Wrightsville Unit; ROGER CAMERON;
KERRY BAKKEN, clinical supervisor; and
SHARON MCGLOTHIN, unit supervisor                                  DEFENDANTS

JUDGMENT

The case is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 May 2013