# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 28, 2013

Ms. Marcovous L. Williams
7 Churchill Drive
Mabelvale, AR  72103

      RE:  13-2418  Marcovous Williams v. Arkansas Dept of Correcitions, et al

Dear Mr. Williams:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

LLB

Enclosure(s)

cc:   Ms. Ali Brady
      Mr. Jim McCormack

   District Court/Agency Case Number(s):   4:09-cv-00111-DPM

**Caption For Case Number:   13-2418**

Marcovous L. Williams

        Plaintiff - Appellant

v.

Arkansas Department of Correcion; Larry Norris, In his Official Capacity as Director of Arkansas Department of Correction; Robert A. Parker, Mental Health Administrator; Kay Howell, Warden, Wrightsville Unit; Roger Cameron; Kerry Bakken, Clinical Supervisor; Sharon McGlothin, Unit Supervisor

        Defendants - Appellees

**Addresses For Case Participants:   13-2418**

Ms. Marcovous L. Williams
7 Churchill Drive
Mabelvale, AR  72103

Ms. Ali Brady
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

13-2418  Marcovous Williams v. Arkansas Dept of Correcitions, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/28/2013

**Case Name:**    Marcovous Williams v. Arkansas Dept of Correcitions, et al
**Case Number:**  13-2418

**Docket Text:**
Civil case docketed. [4050031] [13-2418]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Ali Brady: ali.brady@arkansasag.gov,
lorraine.ferguson@arkansasag.gov,agcivil@arkansasag.gov
Mr. Jim McCormack: ared_appeals@ared.uscourts.gov
Ms. Marcovous L. Williams: levette.williams@yahoo.com

 13-2418 Marcovous Williams v. Arkansas Dept of Correcitions, et al "CIVIL case docketed" (4:09-cv-00111-DPM)
8cc-cmecf-nda
to:
06/28/2013 10:57 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/28/2013

| | |
|---|---|
| **Case Name:** | Marcovous Williams v. Arkansas Dept of Correcitions, et al |
| **Case Number:** | 13-2418 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [4050031] [13-2418] (Linda Burmeister)

**Notice will be electronically mailed to:**

Ms. Ali Brady, Assistant Attorney General: ali.brady@arkansasag.gov, lorraine.ferguson@arkansasag.gov, agcivil@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Marcovous L. Williams: levette.williams@yahoo.com


The following document(s) are associated with this transaction:
**Document Description:** ProSe Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/lburmeister_132418_4050031_ProSeDocketingLetters_103.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/28/2013] [FileNumber=4050031-0]
[7077fce9ad3a0894acfac17c7877e825ab76f36684014c5ef4b0efe081c0c15b5167fd9743122c86eb2ba833fc17908e0c4efad9dbc87180a48e1602acbcb9d3]]
**Recipients:**

- Ms. Ali Brady, Assistant Attorney General
- Mr. Jim McCormack, Clerk of Court
- Ms. Marcovous L. Williams

**Document Description:** ProSe NDA
**Original Filename:** /opt/ACECF/live/forms/lburmeister_132418_4050031_ProSeNDA_481.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/28/2013] [FileNumber=4050031-1]
[b198a9d08a94ef7fe3b0e3a961cb4e17b787fa4500743f4182c8c7b9a2bc9cdbdd26e6a6fb3f2f5a764da91854fdc2dbb64eb242c1ef639853e42565fbaabe1d]]
**Recipients:**

- Ms. Ali Brady, Assistant Attorney General
- Mr. Jim McCormack, Clerk of Court
- Ms. Marcovous L. Williams

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4050031
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4881478, 4881479

# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.      13-2418   Marcovous Williams v. Arkansas Dept of Correcitions, et al

Date:           June 28, 2013

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

   The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

   The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

   The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **08/07/2013**
   ( **Marcovous L. Williams** )

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from the date the court issues the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE



13-2418 Marcovous Williams v. Arkansas Dept of Correcitions, et al "Civil Briefing Schedule Set" (4:09-cv-00111-DPM)
8cc-cmecf-nda
to:
06/28/2013 11:03 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/28/2013

| | |
|---|---|
| **Case Name:** | Marcovous Williams v. Arkansas Dept of Correcitions, et al |
| **Case Number:** | 13-2418 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS: If the original file of the U.S. District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by 8th Circuit Rule 30A shall not be required. In accordance with 8th Circuit Local Rule 30A (a)(2), the clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format or filed under seal, exhibits, administrative records and state court files.
BRIEF OF APPELLANT Marcovous L. Williams due 08/07/2013.
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4050037] [13-2418] (Linda Burmeister)

**Notice will be electronically mailed to:**

Ms. Ali Brady, Assistant Attorney General: ali.brady@arkansasag.gov, lorraine.ferguson@arkansasag.gov, agcivil@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Marcovous L. Williams: levette.williams@yahoo.com


The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/lburmeister_132418_4050037_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/28/2013] [FileNumber=4050037-0]
[304e48c9ddaa87310be8e5aa0e862d9783039ec31e824b2f8a1de455e9c9cabe5c6549112bf80ef6aa3c2b53110e5a5bd989ca0d2b0156ca08a99d72052e1fe6]]
**Recipients:**

- Ms. Ali Brady, Assistant Attorney General
- Mr. Jim McCormack, Clerk of Court
- Ms. Marcovous L. Williams

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4050037
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4881489, 4881490